IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| LINDSEY TAYLOR, | : | Case No. 1:23-cv-506 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| EXPERIAN, et al., | : | |
| Defendant. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Karen L. Litkovitz (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Petitioner failed to timely file any objections to the Report and Recommendations in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons outlined in the Report and Recommendation, an appeal of this Order would not be taken in good faith. Plaintiff is therefore **DENIED** leave to appeal in forma pauperis. Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. U.S. Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997).

3. This matter is **TERMINATED** from the Court's docket.

   **IT IS SO ORDERED.**

   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF OHIO

   By: _____
   JUDGE MATTHEW W. McFARLAND